#11092448
$6.95
mcm
9/26/11

# Thomas J. Gaffney
Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

September 16, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

    Re:   KLEVER, HOWARD J.    /Case # 08-14993
          Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $6.95. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    ____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    _X_ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

    Claimant NCO Financial    Amount $ 4.71  Claim Register # 4I

    Claimant Niagara Frontier Credit Bureau    Amount $ 2.24  Claim Register # 5I

                                       THOMAS J. GAFFNEY
                                       Trustee



FILED
SEP 26 2011
BANKRUPTCY COURT
BUFFALO, N.Y.

# Claims Distribution Small Checks

Case: 08-14993 - KLEVER, HOWARD J.

Trustee: THOMAS J. GAFFNEY (520040)

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 92009510864966 | 110 | 09/16/11 | | | | Payee: Clerk, U.S. Bankruptcy Court | | | Check Amount: | $6.95 |
| | | | 4I | 10/19/10 | 640 | NCO Financial | 4.71 | 4.71 | 4.71 | 4.71 |
| | | | 5I | 10/19/10 | 640 | Niagara Frontier Credit Bureau | 2.24 | 2.24 | 2.24 | 2.24 |

(*) Denotes objection to Amount Filed