# Thomas J. Gaffney
Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

\# 11092539
$1,584.03
10/13/11

October 13, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

  Re: KLEVER, HOWARD J. /Case # 08-14993CLB
    Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

  Enclosed please find my Trustee's check in the amount of $1584.03. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

  __X__ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

  _____ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

  Claimant __Madeline Ondrejka__ Amount $ __1584.03__ Claim Register # __2__

              THOMAS J. GAFFNEY
              Trustee

FILED
OCT 13 2011
BANKRUPTCY COURT
BUFFALO, NY

Case 1-08-14993-CLB Doc 80 Filed 10/13/11 Entered 10/13/11 13:57:30 Desc Main
Document Page 1 of 1